UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE WILLIAMS and RYLAND HAMLET,

    Plaintiffs,

v.

ACS CONSULTANT COMPANY, INC., f/k/a
SUPERIOR CONSULTANT COMPANY, INC.,
a Michigan corporation and DOES 1-10 INCLUSIVE,

    Defendants.

CASE NO.  4:06-cv-13603
Hon. Lawrence P. Zatkoff
Hon. Donald A. Scheer,
    Magistrate Judge

_____/

## ORDER FOR AMENDMENT OF SCHEDULING ORDER

At a session of said Court held in the U.S. Courthouse,
City of Port Huron, County of St. Clair, State of Michigan
on January 7, 2008

Present:  Honorable Lawrence P.  Zatkoff

This matter, having come before the Court upon the stipulation of the parties hereto; the Court having reviewed the recommendations for extension of the December 14, 2007 discovery cut off and the January 8, 2008 dispositive motion deadline in Magistrate Judge Donald A. Scheer's Order Granting Plaintiff's Notice of Motion and Motion for Extension of Discovery Cutoff; and the Court being otherwise full advised in the premises;

**IT IS HEREBY ORDERED** that the April 6, 2007 Scheduling Order in the above captioned matter be amended as follows:

    **A.**    Discovery cutoff, currently scheduled for December 14, 2007 shall be extended to and include February 15, 2008; and

1

 **B**. The dispositive motion cutoff, currently scheduled for January 8, 2008, shall be extended to March 15, 2008.

 C. The Final Pre-trial Conference, currently scheduled for May 15, 2008, shall be rescheduled for July 17, 2008, at 11:00 a.m.

 D. The trial month, currently set for the June 2008 trailing docket, shall be rescheduled for the August 2008 trailing docket.

**IT IS SO ORDERED.**

       s/Lawrence P. Zatkoff
       LAWRENCE P. ZATKOFF
       UNITED STATES DISTRICT JUDGE

Dated: January 7, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 7, 2008.

       s/Marie E. Verlinde
       Case Manager
       (810) 984-3290